IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **NATIONAL WILDLIFE FEDERATION and** | |
| **ARKANSAS WILDLIFE FEDERATION** | **PLAINTIFFS** |
| | |
| **V.**           **4:05CV01278-WRW** | |
| | |
| **FRANCIS J. HARVEY, in his official capacity** | |
| **as Acting Secretary of the U.S. DEPARTMENT** | |
| **OF THE ARMY and GALE NORTON, in her official** | |
| **capacity as Secretary of the Department of the Interior** | **DEFENDANTS** |

**ORDER**

This matter comes before the Court on the parties' Stipulation to Stay the Case During Voluntary Re-Initiation of Endangered Species Act Section 7 Consultation.[1]  Upon review of that document, and for good cause shown, the Stipulation will be ENTERED and the case is STAYED until further notification of the parties.

IT IS SO ORDERED this 3rd day of January, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 66.