IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NATIONAL WILDLIFE FED'N,
ARKANSAS WILDLIFE FED'N                                              PLAINTIFFS

v.                          4:05CV01278-WRW

FRANCIS J. HARVEY, et al.                                            DEFENDANTS

## ORDER

This matter comes before the Court on the parties' Stipulated Request to Lift Stay of the Case and Adopt Case Management Schedule. Upon review of that document, it is for good causes hereby ORDERED that the stay of the case is lifted and the case management schedule set forth in the stipulated request is adopted.

Dated this 17th day of September, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE