IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NATIONAL WILDLIFE FEDERATION and**
**ARKANSAS WILDLIFE FEDERATION**                                    **PLAINTIFFS**

**V.**                                   **4:05CV01278-WRW**

**FRANCIS J. HARVEY, in his official capacity**
**as Acting Secretary of the U.S. DEPARTMENT**
**OF THE ARMY and GALE NORTON, in her official**
**capacity as Secretary of the Department of the Interior**          **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this CASE is DISMISSED with prejudice.

IT IS SO ORDERED this 17th day of December, 2008.


                                                  /s/Wm. R. Wilson, Jr.
                                     UNITED STATES DISTRICT JUDGE