**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**NATIONAL WILDLIFE FED'N,**
**ARKANSAS WILDLIFE FED'N**                                        **PLAINTIFFS**

**v.**                              **4:05CV01278-WRW**

**FRANCIS J. HARVEY,** *et al.*                                    **DEFENDANTS**

## ORDER

This matter comes before the Court on the parties' Stipulation to Settle Attorneys' Fees and Costs (Doc. No. 108). Upon review of that document, it is for good cause shown that the Stipulation is adopted. Accordingly, Plaintiffs' Motion for Attorneys' Fees (Doc. No. 104) is MOOT.

IT IS SO ORDERED this 20th day of April, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE